E-FILED
Wednesday, 03 April, 2013  09:35:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Malibu Media,<br>    Plaintiff | )<br>)<br>) | |
| v. | ) | Case No.   12-1493 |
| | ) | |
| John Doe #1,<br>    Defendant | )<br>)<br>) | |

**ORDER**

On Feb.11, 2013, a Report and Recommendation was entered by the undersigned that severed all defendants from this case other than John Doe #1. No objection to that Report was made, and the District Court adopted it on March 6, 2013. Immediately thereafter, the Plaintiff was ordered to provide a copy of the Order to the ISP, and the ISP was ordered to comply by April 6 with a previously served subpoena by informing Plaintiff of the name and geographic address of John Doe #1. The ISP was also directed to serve a copy of the Order on all of the John Doe Defendants.  On April 1, 2013, John Doe #1 filed a motion to quash the subpoena.

Compliance with the subpoena is hereby DEFERRED, as follows: If the ISP has not yet provided the name and geographic address of John Doe #1 to the Plaintiff, it SHALL NOT DO SO until further order of this Court. Pursuant to the Report and Recommendation of 2/12/13 and the Order of 3/9/13, the ISP shall not disclose the identities of John Does #2, 3, and 4.

If the ISP has already complied with the March 6 Order and has provided the name and geographic addresses of the Defendants to the Plaintiff, Plaintiff is ORDERED not to reveal, disclose, disseminate or identify in any way or to use <u>for any purpose</u> the

identities of John Does #2, 3 and 4. Plaintiff shall make no contact with these defendants, and it shall make no effort to "settle" this case with them.

Additionally, if Plaintiff has not, as of this date, already effected service on John Doe #1, Plaintiff is ordered not to do so and is ordered to make every reasonable effort to recall any effort it has made to do so. Plaintiff is further ordered not to reveal, disclose, disseminate or identify in any way John Doe #1 (including by amending the complaint to name him) nor shall it use his identity or geographic location for any purpose until further Order of this Court resolving John Doe #1's Motion to Quash. Plaintiff's counsel shall provide a copy of this Order to the ISP of John Doe #1.

ENTERED: April 3, 2013

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE